IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:10-CV-157-RLV-DCK

RICHARD D. BELL,

    Plaintiff,

v.

SCHWAN'S HOME SERVICE, INC., et al.

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) concerning Alan Lloyd Rupe, filed April 29, 2011. Mr. Rupe seeks to appear as counsel *pro hac vice* for Defendant Schwan's Home Service, Inc. And The Schwan Food Company.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Rupe is admitted to appear before this court *pro hac vice* on behalf of Defendant Schwan's Home Service, Inc. And The Schwan Food Company.

Signed: May 2, 2011

David C. Keesler
United States Magistrate Judge