IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:10-CV-157-RLV-DCK

| | |
|---|---|
| RICHARD D. BELL,<br><br>　　Plaintiff,<br><br>v.<br><br>SCHWAN'S HOME SERVICE, INC., et al.<br><br>　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) concerning Jessica Lynn Garner, filed April 29, 2011. Ms. Garner seeks to appear as counsel *pro hac vice* for Defendant Schwan's Home Service, Inc. And The Schwan Food Company.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Garner is admitted to appear before this court *pro hac vice* on behalf of Defendant Schwan's Home Service, Inc. And The Schwan Food Company.

　　　　　　　　　　　Signed: May 2, 2011

　　　　　　　　　　　_____
　　　　　　　　　　　David C. Keesler
　　　　　　　　　　　United States Magistrate Judge